# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00049-CV

## In re Troy Lee Shaw Jr

### ORIGINAL PROCEEDING FROM COMAL COUNTY

### O R D E R

**PER CURIAM**

Relator Troy Lee Shaw Jr. has filed a petition for writ of mandamus and an emergency motion for temporary relief. *See* Tex. R. App. P. 52.1, .10(a). The motion seeks a stay of certain parts of the trial court's temporary orders. Having reviewed the motion, the Court grants the emergency motion and, on its own initiative, stays the remainder of the trial court's temporary order issued on January 22, 2021, and amended temporary order issued on January 28, 2021, pending resolution of the mandamus petition. *See id.* R. 52.10(b).

Before Chief Justice Byrne, Justices Baker and Smith

Filed: February 1, 2021